Julie A. Mersch, Esq.
Nevada Bar No. 004695
701 S. 7th Street
Las Vegas, NV 89101
702-387-5868
702-387-0109 fax
e-mail: jam@merschlaw.com

Richard H. Friedman, Esq.
Friedman | Rubin
1126 Highland Avenue
Bremerton, Washington 98337
360-782-4300
360-782-4358 fax
e-mail: rfriedman@friedmanrubin.com

Attorneys for Plaintiff G. Clinton Merrick, Jr.

Robert E. Hess (CA Bar No. 178042)
Barger & Wolen, LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, CA 92612
949-757-2800
949-752-6313 (fax)
e-mail: rhess@barwol.com

James Pico, Esq. (NV Bar No. 368)
Pico | Rosenberger
1960 SouthEastern Street
Las Vega, NV 89104
702-382-1110
702-382-1173
e-mail: jpico@prvlawlv.com

Attorneys for Defendants
The Paul Revere Life Insurance Company and
UnumProvident Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

G. CLINTON MERRICK, JR.,          )     CASE NO. CV-S-00731-JCM-RJJ
                                  )

| | | |
|---|---|---|
| 1 | Plaintiff, | ) |
| 2 | vs. | ) STIPULATION FOR RELEASE <br> ) OF BOND |
| 3 | | ) |
| 4 | PAUL REVERE LIFE INSURANCE <br> COMPANY, et al., | ) |
| 5 | | ) |
| 6 | Defendants. | ) |

COME NOW the parties, plaintiff, G. Clinton Merrick Jr., by and through his attorneys and defendants, The Paul Revere Life Insurance Company and UnumProvident Corporation, by and through their attorneys and stipulate to the release in its entirety of Bond No. 6586409 posted in this matter in December, 2008.

Date: 10 th May 2010

Richard H. Friedman
FRIEDMAN | RUBIN

Attorney for G. Clinton Merrick, Jr.

Date: 25 May 2010

Robert E. Hess
BARGER & WOLEN, LLP

Attorney for The Paul Revere Life
Insurance Company and
UnumProvident Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| G. CLINTON MERRICK, JR., ) | CASE NO. CV-S-00731-JCM-RJJ |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| PAUL REVERE LIFE INSURANCE ) COMPANY, *et al.*, ) | |
| Defendants. ) | |

BASED upon the stipulation of the parties, Bond No. 6586409 posted in this matter in December, 2008 is released in its entirety.

IT IS SO ORDERED.

DONE this ___ day of _____, 2010.

_____
James C. Mahan
United States District Court Judge

# **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

    **I HEREBY CERTIFY** that on **May 28, 2010**, I electronically filed the foregoing **STIPULATION FOR RELEASEOF BOND** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| Julie A. Mersch, Esq.<br>Law Office of Julie A. Mersch<br>701 South 7th Street<br>Las Vegas , NV 89101<br>Phone:  (702) 387-5868<br>Fax:  (702) 387-0109<br>Email: jam@merschlaw.com<br><br>Counsel for G. Clinton Merrick, Jr. | Richard H. Friedman, Esq.<br>Friedman \| Rubin<br>1126 Highland Avenue<br>Bremerton , WA 98337<br>Telephone:  (360) 782-4300<br>Facsimile:  (360) 782-4383<br>Email:  rfriedman@friedmanrubin.com<br>Counsel for G. Clinton Merrick, Jr. |

James Pico
Pico Escobar Rosenberger, Ltd.
2000 S. Eastern Avenue
Las Vegas, NV 89104
Tel:  (702) 457-9099
Fax:  (702)457-8451
Email: jpico@perlawyers.com

Counsel for The Paul Revere Life Insurance Company and UnumProvident Corporation

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.  Executed at Irvine, California on **May 28, 2010.**

NAME:  Gabriela Rubio          */s/ Gabriela Rubio*
                                         An Employee of BARGER & WOLEN LLP